OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

26 April 2006

United States District Court
Eastern District of California
501 I Street, Suite. 4-200
Sacramento, CA 95814

Re: MDL 05-1699 In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

Title of Case(s)
*Stephen Virdure -v- Pfizer, Inc., et al*

Your Case Number(s)
C.A. No. 2:06-0402

Dear Clerk:

Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable Charles R. Breyer for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

Please forward the **original record** and **a certified copy of the docket entries** in the case listed above along with the enclosed copy of this transmittal letter to:

United States District Court
Northern District of California
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: Rufino Santos

If the case is an electronic case filing, please forward the PDF documents, as separate PDF files, including a copy of the docket sheet to **rufino_santos@cand.uscourts.gov** or, if you prefer, on a disk. We appreciate your prompt attention to this matter.

Sincerely yours,
Richard W. Wieking, Clerk

*R. C. Santos*

By: Rufino Santos
Deputy Clerk

Encl.



DOCKET NO. 1699

M 05-cv-1699 CRB

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-20)

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 504 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, 391 F.Supp.2d 1377 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

APR 2 1 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-20 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN 2 06-279 | Hun Suos v. Pfizer Inc., et al. | |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 06-1257 | Estate of Lamont Jones, et al. v. Pfizer Inc., et al. | |
| **CALIFORNIA EASTERN** | | |
| CAE 2 06-402 | Stephen Virdure v. Pfizer Inc., et al. | |
| **ILLINOIS SOUTHERN** | | |
| ILS 3 06-113 | Gaile Blair, etc. v. G.D. Searle, LLC, et al. | |
| ILS 3 06-145 | Arnold Swick v. Pfizer Inc. | |
| ILS 3 06-185 | Juanita Allen, et al. v. Pfizer Inc., et al. | |
| **KENTUCKY WESTERN** | | |
| KYW 1 06-22 | Vivie Nell Melton v. Pharmacia Corp., et al. | |
| **LOUISIANA EASTERN** | | |
| LAE 2 06-910 | Louise Herty v. Pfizer Inc. | |
| LAE 2 06-1217 | Wayne W. Yuspeh, et al. v. Pfizer Inc., et al. | |
| LAE 2 06-1224 | Mark H. Rutledge v. Pfizer Inc., et al. | |
| **LOUISIANA MIDDLE** | | |
| LAM 3 06-79 | Colleen Sapp, etc v. Merck & Co., Inc., et al. | |
| LAM 3 06-171 | Deanna Gremillion v. Pfizer Inc. | |
| **LOUISIANA WESTERN** | | |
| LAW 1 06-258 | Earl J. Lachney v. G.D. Searle, LLC, et al. | |
| **MARYLAND** | | |
| MD 1 06-1 | Edward Jefferson Clarke v. Pharmacia Co., et al. | |
| **MINNESOTA** | | |
| MN 0 06-666 | Elizabeth Judd v. Pfizer Inc. | |
| MN 0 06-668 | Nancy D. Macklin v. Pfizer Inc. | |
| MN 0 06-944 | Joyce Gardner, etc. v. Pfizer Inc. | |
| MN 0 06-945 | John Cooper v. Pfizer Inc. | |
| **MISSOURI EASTERN** | | |
| ~~MOE 4 06-176~~ | ~~Donna K. Armer v. Monsanto Co., et al.~~ | Opposed 4/13/06 |
| **MISSOURI WESTERN** | | |
| MOW 4 06-59 | Sandra Sue Dean v. G.D. Searle & Co., et al. | |
| MOW 6 06-3084 | Edna G. Rippe v. G.D. Searle & Co., et al. | |
| **NORTH CAROLINA WESTERN** | | |
| NCW 1 06-59 | Mary Dellinger v. Pfizer Inc. | |
| **NEW YORK SOUTHERN** | | |
| NYS 1 06-1562 | Betty Ann LaCourse v. Pharmacia Corp., et al. | |

SCHEDULE CTO-20 - TAG-ALONG ACTIONS  MDL-1699                                Page 2 of 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **OHIO NORTHERN** | |
| OHN 3 06-7056 | Marcos P. Sanchez, Jr., et al. v. Pfizer Inc., et al. |
| OHN 5 06-479 | Edward Baitt, et al. v. Pfizer Inc. |
| OHN 5 06-480 | Chris M. Guest, etc. v. Pfizer Inc. |
| **SOUTH CAROLINA** | |
| SC 3 06-630 | Jack G. Brown v. Pfizer Inc., et al. |
| **TENNESSEE MIDDLE** | |
| TNM 1 06-4 | Jimmy B. Welch v. Pfizer Inc., et al. |
| **TEXAS SOUTHERN** | |
| TXS 4 06-580 | Thomas M. McCay, et al. v. Pfizer Inc. |
| TXS 4 06-688 | Lynda Marze v. Pfizer Inc. |
| **TEXAS WESTERN** | |
| TXW 6 06-69 | Valaree Hathaway v. Pfizer Inc. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS 1 06-104 | Clyde R. Bailey, etc. v. Pfizer Inc., et al. |
| WVS 1 06-132 | Violet Akers v. Pfizer Inc. |
| WVS 1 06-133 | Ellen Lambert, et al. v. Pfizer Inc. |
| WVS 1 06-140 | Hassel Rife v. Pfizer Inc. |